

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,322

### EX PARTE KEVIN PATRICK JACK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 92-CR-0056 IN THE 175TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of forgery and sentenced to fifteen years' imprisonment. He did not appeal his conviction.

Applicant contends that his sentence is illegal because his criminal conduct constituted a felony of the third degree, with a maximum punishment of ten years' confinement, rather than a felony of the second degree, for which he was sentenced. The trial court entered findings of fact and conclusions of law recommending that relief be granted. Specifically, the Court found and

concluded that the version of the Texas Penal Code which applies to the offense Applicant pleaded guilty to, namely: forgery by possessing a sight order for the payment of money, constitutes a third degree felony. *See* TEX. PENAL CODE § 32.12(d) (Vernon's 1990). The Court found further that Applicant has served at least twelve years of his sentence. We agree with the trial court's findings of fact and conclusions of law.

Relief is granted. The judgment in Cause No. 92-CR-0056 in the 175th Judicial District Court of Bexar County is set aside, and Applicant is remanded to the custody of the sheriff of Bexar County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.


Delivered: March 24, 2010
Do Not Publish